IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,   No. CIV S-06-0871 LKK PAN P

    vs.

LIEUTENANT PETERSON, et al.,

    Defendants.   <u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application is incomplete, however, in that it is missing the second page. Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

/////

/////

/////

1

2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14/mp
ande0871.3c