IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

      Plaintiff,                         No. CIV S-06-0871 LKK EFB P

      vs.

LIEUTENANT PETERSON, et al.,

      Defendants.              <u>ORDER</u>

                               /

      Plaintiff is a prisoner who is proceeding pro se and *in forma pauperis*. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On October 5, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Wilson was returned unserved with the notation "need more identifiers." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, *et seq.,* or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed April 24, 2006;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Wilson;

    b. Two copies of the endorsed complaint filed April 24, 2006; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: December 5, 2006.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                      No. CIV S-06-0871 LKK EFB P

    vs.

LIEUTENANT PETERSON, et al.,       <u>NOTICE OF SUBMISSION</u>

    Defendants.                <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       1       completed summons form

       1       completed USM-285 forms

       2       copies of the April 24, 2006 Complaint

DATED:

                                                                                                       Plaintiff