IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                        No. CIV S-06-0871 LKK EFB P

    vs.

LIEUTENANT PETERSON, et al.,

    Defendants.                   <u>ORDER</u>

                             /

        Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

        The United States Marshal has returned process directed to defendant Mays unserved because no forwarding information is available. Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one USM-285 and a copy of the complaint filed April 24, 2006.

2. Within 90 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Mays and two copies of the April 24, 2006 complaint provided by plaintiff.

3. Failure to provide new instructions for service of process upon defendant Mays within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to that defendant.

Dated: March 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

      Plaintiff,                   No. CIV S-06-0871 LKK EFB P

    vs.

LIEUTENANT PETERSON, et al.,

      Defendants.        <u>NOTICE OF SUBMISSION</u>

                         /      <u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

      One      completed summons

      ____      completed USM-285 forms

      ____      copies of the _____
                          Complaint/Amended Complaint

DATED:

                                                          Plaintiff