IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

        Plaintiff,                          No. CIV S-06-0871 LKK EFB P

    vs.

LIEUTENANT PETERSON, et al.,

                                        FINDINGS AND RECOMMENDATIONS

        Defendants.

/

        On October 5, 2006, the court ordered the United States Marshal to serve the complaint on defendants. On February 15, 2007, process directed to defendant Mays was returned unserved with the notation "retired ... per CDC locator 2/14/07 no fwding info." On March 28, 2007, the court directed plaintiff to provide additional information to serve defendant Mays within 90 days. That period has passed and plaintiff has not returned the USM-285 form necessary to effect service on defendant Mays or otherwise responded to the court's order.

        Accordingly, it is hereby RECOMMENDED that defendant Mays be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1

1 objections with the court and serve a copy on all parties. Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
3 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5 DATED: August 14, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE