IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JULIUS ANDERSON,**<br><br>    Plaintiff,<br><br>    v.<br><br>**LIEUTENANT PETERSON, et al.,**<br><br>    Defendants. | 2:06-CV-0871 LKK EFB PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO VACATE THE SCHEDULING ORDER** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the April 10, 2007, schedule, all pretrial motions shall be filed by August 27, 2007. Pending resolution of defendants' motion to dismiss, that date is vacated and will be reset as necessary. *See* Fed. R. Civ. P. 16(b).

So ordered.

Dated: August 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE