IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

      Plaintiff,                        No. CIV S-06-0871 LKK EFB P

      vs.

LIEUTENANT PETERSON, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time, which the court construes as a request for an extension in which to file and serve objections to the August 22, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's August 27, 2007, request is granted and plaintiff has until September 27, 2007, to file and serve his objections.

      So ordered.

Dated: September 18, 2007.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE