IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIUS ANDERSON,

    Plaintiff,                        No. CIV S-06-0871 LKK EFB P

    vs.

LIEUTENANT PETERSON, et al.,

    Defendants.                   <u>ORDER</u>

        Plaintiff has filed a document styled as a "request for order appeal from the magistrate judge to the district judge," which the court construes as a motion for reconsideration of the magistrate judge's August 22, 2007, findings and recommendations. The district court, in reviewing the case <u>de</u> <u>novo</u> overruled plaintiff's objections and adopted the magistrate judge's recommendation. Therefore, plaintiff's "request for order appeal," construed as a motion for reconsideration, is denied.

DATED:   December 7, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT